# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**<br><br>                              **Plaintiff,**<br><br>        v.<br><br>**BEAXY DIGITAL, LTD., ARTAK HAMAZASPYAN, WINDY INC., NICHOLAS MURPHY, RANDOLPH BAY ABBOTT, BRAVEROCK INVESTMENTS, LLC, FUTURE DIGITAL MARKETS, INC., WINDY FINANCIAL LLC, FUTURE FINANCIAL LLC, and BRIAN PETERSON,**<br><br>                              **Defendants.** | Civil Action No. 1:23-cv-1962 |

**PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF SETTLEMENT AND UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGMENTS AS TO DEFENDANTS WINDY INC., NICHOLAS MURPHY, RANDOLPH BAY ABBOTT, BRAVEROCK INVESTMENTS, LLC, FUTURE DIGITAL MARKETS, INC., WINDY FINANCIAL LLC, <u>FUTURE FINANCIAL LLC, AND BRIAN PETERSON</u>**

Plaintiff United States Securities and Exchange Commission ("SEC") hereby provides this Court with notice of settlement and moves unopposed for entry of Final Judgments as to Defendants Windy Inc. ("Windy"), Nicholas Murphy ("Murphy"), Randolph Bay Abbott ("Abbott"), Braverock Investments, LLC ("Braverock Investments"), Future Digital Markets, Inc. ("Future Digital"), Windy Financial LLC ("Windy Financial"), Future Financial LLC ("Future Financial"), and Brian Peterson ("Peterson") (collectively, "Defendants"). In support thereof, the SEC states as follows:

1.     On March 29, 2023, the SEC filed this action for violations of federal securities laws against Defendants. (ECF No. 1.)

2. Defendants have consented to filing of the proposed Final Judgments. Defendants' consent agreements are attached hereto as Exhibits 1-8. (*See* Exhibits 1 (Windy), 2 (Murphy), 3 (Abbott), 4 (Braverock Investments), 5 (Future Digital), 6 (Windy Financial), 7 (Future Financial), and 8 (Peterson).)

3. Defendants' proposed Final Judgments are attached to each Defendant's respective consent agreement. (*See id.*)

4. Among other things, Defendants Windy, Murphy, Abbott, and Peterson have agreed to cease all operations of the crypto trading platform operating at beaxy.com by April 15, 2023, at 4:00 p.m. ET. This undertaking is reflected in paragraph 4(b) of their consents and paragraph V(b) of the proposed Final Judgments of Windy, Murphy, and Abbott, and paragraph III(b) of the proposed Final Judgment of Peterson. (*See* Exhibits 1 (Windy), 2 (Murphy), 3 (Abbott), and 8 (Peterson).)

5. Entry of the proposed Final Judgments would resolve all issues in this litigation as against Defendants Windy, Murphy, Abbott, Braverock Investments, Future Digital, Windy Financial, Future Financial, and Peterson. The SEC's claims against Defendants Beaxy Digital, Ltd. and Artak Hamazaspyan remain pending.

6. Defendants Windy, Murphy, Abbott, Braverock Investments, Future Digital, Windy Financial, Future Financial, and Peterson do not oppose this Motion.

WHEREFORE, the SEC respectfully requests entry of the attached proposed Final Judgments, to which Defendants have consented, pursuant to Rule 58(d) of the Federal Rules of Civil Procedure before April 15, 2023, at 4:00 p.m. ET.

Dated: March 29, 2023          Respectfully submitted,

By: _/s/ Alyssa A. Qualls_
Alyssa A. Qualls (QuallsA@sec.gov)
Arsen R. Ablaev (AblaevA@sec.gov)
Christine B. Jeon (JeonC@sec.gov)
United States Securities and Exchange Commission
175 West Jackson Blvd., Suite 1450
Chicago, Illinois 60604
Phone: (312) 353-7390 | Fax: (312) 353-7398

*Attorneys for Plaintiff*
*United States Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that on March 29, 2023, a copy of the foregoing Plaintiff United States Securities and Exchange Commission's Notice of Settlement and Unopposed Motion for Entry of Final Judgments as to Defendants Windy Inc., Nicholas Murphy, Randolph Bay Abbott, Braverock Investments, LLC, Future Digital Markets, Inc., Windy Financial LLC, Future Financial LLC, and Brian Peterson was served upon the following counsel by email:

Yankun Guo
Ice Miller LLP
200 W. Madison Street, Suite 3500
Chicago, IL 60606
Yankun.Guo@icemiller.com
Tel: (312) 726-1567
Fax: (312) 726-7102

Timothy Belevetz
Ice Miller LLP
200 Massachusetts Ave NW, Suite 400
Washington, DC 20001
timothy.belevetz@icemiller.com
Tel: (202) 824-8666
Fax: (202) 824-8667

*Attorneys for Defendants Windy, Murphy,*
*Abbott, Braverock Investments, Future Digital,*
*Windy Financial, Future Financial, and Peterson*

                                                      */s/ Alyssa A. Qualls*
                                                     Alyssa A. Qualls